# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Mini Graphics Inc | 11/30/2022 | Wire | $ 95,048.26 |
| Akorn Operating Company, LLC | Mini Graphics Inc | 12/9/2022 | Wire | $ 38,250.13 |
| Akorn Operating Company, LLC | Mini Graphics Inc | 1/6/2023 | Wire | $ 44,582.66 |
| Akorn Operating Company, LLC | Mini Graphics Inc | 1/13/2023 | Wire | $ 36,938.18 |
| Akorn Operating Company, LLC | Mini Graphics Inc | 2/1/2023 | Wire | $ 37,588.24 |
| Akorn Operating Company, LLC | Mini Graphics Inc | 2/8/2023 | Wire | $ 35,682.72 |
| Akorn Operating Company, LLC | Mini Graphics Inc | 2/14/2023 | Wire | $ 51,567.00 |
| | | | | $ 339,657.19 |