# Exhibit A

## List of Adversary Proceedings

# Exhibit A

## List of Adversary Proceedings

| # | Defendant Name | Adversary Proceeding No. | Filed By |
|---|---|---|---|
| 1 | Abaco Steel Products | 25-50227 | Saul Ewing LLP |
| 2 | Abbott Laboratories Inc. | 25-50334 | Ciardi, Ciardi & Astin |
| 3 | ABS Pump Repair, Inc. | 25-50286 | Saul Ewing LLP |
| 4 | Absolute Plumbing of Long Island, Inc. | 25-50078 | Saul Ewing LLP |
| 5 | AEP Energy | 25-50228 | Saul Ewing LLP |
| 6 | Aflac Premium Holding | 25-50096 | Saul Ewing LLP |
| 7 | Agilent Technologies | 25-50098 | Saul Ewing LLP |
| 8 | Airmatic Compressor Systems, Inc. | 25-50289 | Saul Ewing LLP |
| 9 | Alcami Corporation | 25-50229 | Saul Ewing LLP |
| 10 | Alcus Fuel Oil & Sons, Inc. | 25-50353 | Saul Ewing LLP |
| 11 | ALKU Technologies, LLC | 25-50231 | Saul Ewing LLP |
| 12 | Amber International | 25-50253 | Saul Ewing LLP |
| 13 | Ameren Illinois | 25-50291 | Saul Ewing LLP |
| 14 | American International Relocation SOL d/b/a AIRES | 25-50089 | Saul Ewing LLP |
| 15 | Ametek, Inc. | 25-50292 | Saul Ewing LLP |
| 16 | Amphenol Thermometrics, Inc. | 25-50294 | Saul Ewing LLP |
| 17 | Andon Brush Company, Inc. | 25-50232 | Saul Ewing LLP |
| 18 | Apex Material Handling Corp. of IL | 25-50295 | Saul Ewing LLP |
| 19 | Apexus LLC | 25-50100 | Saul Ewing LLP |
| 20 | Applied Physics, Inc. | 25-50090 | Saul Ewing LLP |
| 21 | Aptar Pharma, a Division of APTAR Group, Inc. | 25-50244 | Saul Ewing LLP |
| 22 | Aramark Cleanroom Services LLC and Aramark Uniform Services LLC | 25-50326 | Saul Ewing LLP |
| 23 | Aries Global Logistics, Inc. | 25-50297 | Saul Ewing LLP |
| 24 | Arjay Company d/b/a Veritiv | 25-50260 | Saul Ewing LLP |
| 25 | Armstrong Relocation & Companies LLC | 25-50091 | Saul Ewing LLP |
| 26 | Ascension Health Alliance | 25-50182 | Ciardi, Ciardi & Astin |
| 27 | Asembia LLC | 25-50092 | Saul Ewing LLP |
| 28 | Ash Pallet Management LLC | 25-50079 | Saul Ewing LLP |
| 29 | Ashland Specialty Ingredients GP | 25-50102 | Saul Ewing LLP |
| 30 | AT&T | 25-50183 | Ciardi, Ciardi & Astin |
| 31 | Axon, LLC | 25-50298 | Saul Ewing LLP |
| 32 | Balco Industries, Inc. | 25-50301 | Saul Ewing LLP |
| 33 | Bana Electrical Testing Corp. | 25-50105 | Saul Ewing LLP |
| 34 | Benchmark Products LLC | 25-50235 | Saul Ewing LLP |
| 35 | Berlin Packaging LLC | 25-50258 | Saul Ewing LLP |
| 36 | Biopharm Recruiting Partners | 25-50302 | Saul Ewing LLP |
| 37 | Blue Mountain Quality Resources | 25-50108 | Saul Ewing LLP |
| 38 | Boston Analytical, Inc. | 25-50304 | Saul Ewing LLP |
| 39 | Camfil - DP Fillters | 25-50093 | Saul Ewing LLP |
| 40 | CasterDepot, Inc. | 25-50305 | Saul Ewing LLP |
| 41 | Catalent Micron Technologies Inc. and Catalent RTP | 25-50323 | Saul Ewing LLP |
| 42 | Cedar Brook 5 Corporate Center LP | 25-50236 | Saul Ewing LLP |
| 43 | Cencora, Inc. f/k/a Amerisourcebergen Drug Corporation | 25-50362 | Saul Ewing LLP |
| 44 | Central Illinois Scale Company | 25-50094 | Saul Ewing LLP |
| 45 | Chem- Aqua, Inc. | 25-50109 | Saul Ewing LLP |
| 46 | ChemPoint.com | 25-50113 | Saul Ewing LLP |
| 47 | Chicago Infill Industrial Properties LP | 25-50116 | Saul Ewing LLP |

| | | | |
|---|---|---|---|
| 48 | Cintas Corporation a/k/a Cintas Garment 780, Cintas Corporation, and Cintas Corporation a/k/a Cintas Garment | 25-50327 | Saul Ewing LLP |
| 49 | Colbert Packaging Corporation | 25-50129 | Saul Ewing LLP |
| 50 | Coldchain Technology Services | 25-50081 | Saul Ewing LLP |
| 51 | ColorCon, Inc. | 25-50245 | Saul Ewing LLP |
| 52 | Comar LLC | 25-50246 | Saul Ewing LLP |
| 53 | Commonwealth Edison Company | 25-50184 | Ciardi, Ciardi & Astin |
| 54 | Complete Cleaning Company, Inc. | 25-50082 | Saul Ewing LLP |
| 55 | CompliancePath Ltd. | 25-50355 | Saul Ewing LLP |
| 56 | Cozzoli Machine Company | 25-50306 | Saul Ewing LLP |
| 57 | CT Logistic, Inc. | 25-50307 | Saul Ewing LLP |
| 58 | Curia Global, Inc. | 25-50125 | Saul Ewing LLP |
| 59 | Dahl Compliance Consulting LLC | 25-50126 | Saul Ewing LLP |
| 60 | Delta Dental of Illinois | 25-50130 | Saul Ewing LLP |
| 61 | Denovo | 25-50131 | Saul Ewing LLP |
| 62 | Diligent Corporation | 25-50083 | Saul Ewing LLP |
| 63 | Direct Energy Business Marketing LLC | 25-50132 | Saul Ewing LLP |
| 64 | Disc Graphics, Inc. d/b/a Oliver, Inc. | 25-50337 | Saul Ewing LLP |
| 65 | Domino Amjet | 25-50134 | Saul Ewing LLP |
| 66 | Ecolab, Inc. | 25-50272 | Saul Ewing LLP |
| 67 | EconDisc Contracting Solutions LLC | 25-50273 | Saul Ewing LLP |
| 68 | EDI Staffing, Inc. | 25-50274 | Saul Ewing LLP |
| 69 | EG Life Sciences LLC | 25-50136 | Saul Ewing LLP |
| 70 | Elm Freight Handlers, Inc. | 25-50084 | Saul Ewing LLP |
| 71 | EMD Millipore | 25-50137 | Saul Ewing LLP |
| 72 | Empire Freight Logistics | 25-50248 | Saul Ewing LLP |
| 73 | Essential Ingredients, Inc. | 25-50138 | Saul Ewing LLP |
| 74 | Evisort Inc. | 25-50275 | Saul Ewing LLP |
| 75 | Evoqua Water Technologies LLC | 25-50086 | Saul Ewing LLP |
| 76 | Exela Pharma Sciences | 25-50145 | Saul Ewing LLP |
| 77 | Eye Med Vision Care | 25-50276 | Saul Ewing LLP |
| 78 | Federal Compliance Solutions, LLC | 25-50250 | Saul Ewing LLP |
| 79 | Filamatic | 25-50341 | Saul Ewing LLP |
| 80 | Fisher Scientific Company, LLC | 25-50148 | Saul Ewing LLP |
| 81 | Flavine North America, Inc. | 25-50095 | Saul Ewing LLP |
| 82 | Freudenberg Medical, LLC | 25-50150 | Saul Ewing LLP |
| 83 | Freyr, Inc. | 25-50154 | Saul Ewing LLP |
| 84 | Frontier Technology, LLC | 25-50251 | Saul Ewing LLP |
| 85 | Gentinge USA Sales LLC | 25-50277 | Saul Ewing LLP |
| 86 | Gerresheimer Glass, Inc. | 25-50155 | Saul Ewing LLP |
| 87 | Golden State Medical Supply, Inc. | 25-50388 | Saul Ewing LLP |
| 88 | Gordon Flesch Co, Inc. | 25-50158 | Saul Ewing LLP |
| 89 | Government Counsel LLC | 25-50278 | Saul Ewing LLP |
| 90 | Henderson Constructors, Inc. | 25-50338 | Saul Ewing LLP |
| 91 | Heritage Packaging LLC | 25-50133 | Saul Ewing LLP |
| 92 | Holland Applied Technologies Inc. | 25-50135 | Saul Ewing LLP |
| 93 | Hudson Valley Plastics | 25-50139 | Saul Ewing LLP |
| 94 | IES Engineers | 25-50141 | Saul Ewing LLP |
| 95 | IMA North America, Inc. | 25-50252 | Saul Ewing LLP |

| | | | |
|---|---|---|---|
| 96 | IMCD Group | 25-50144 | Saul Ewing LLP |
| 97 | Interior Specialty Construction | 25-50147 | Saul Ewing LLP |
| 98 | International Molasses Corp. | 25-50256 | Saul Ewing LLP |
| 99 | Intertek | 25-50280 | Saul Ewing LLP |
| 100 | Intralinks Inc. | 25-50151 | Saul Ewing LLP |
| 101 | Iron Mountain Incorporated | 25-50087 | Saul Ewing LLP |
| 102 | Jackson Lewis PC | 25-50176 | Ciardi, Ciardi & Astin |
| 103 | JDK Group Solutions LLC | 25-50281 | Saul Ewing LLP |
| 104 | JDLR Consulting, LLC | 25-50282 | Saul Ewing LLP |
| 105 | Johnson Controls Fire Protection LP | 25-50257 | Saul Ewing LLP |
| 106 | Johnson Controls Security Solutions | 25-50259 | Saul Ewing LLP |
| 107 | JP Paradise Landscaping LLC | 25-50283 | Saul Ewing LLP |
| 108 | Kerry Ingredients & Flavours | 25-50336 | Ciardi, Ciardi & Astin |
| 109 | Keyspan Gas East Corporation d/b/a National Grid | 25-50344 | Saul Ewing LLP |
| 110 | Kirby Risk Corporation | 25-50264 | Saul Ewing LLP |
| 111 | Kraft Chemical Company | 25-50285 | Saul Ewing LLP |
| 112 | LaSalle Network | 25-50156 | Saul Ewing LLP |
| 113 | Leadiant Biosciences, Inc. | 25-50160 | Saul Ewing LLP |
| 114 | Lentz Milling Company LLC | 25-50288 | Saul Ewing LLP |
| 115 | Liquent LLC | 25-50165 | Saul Ewing LLP |
| 116 | Lonza Biosciences | 25-50166 | Saul Ewing LLP |
| 117 | M3 Advisory Partners LP | 25-50194 | Ciardi, Ciardi & Astin |
| 118 | Malik & Popiel PC | 25-50177 | Ciardi, Ciardi & Astin |
| 119 | Managed Healthcare Associates | 25-50168 | Saul Ewing LLP |
| 120 | Martin Petersen Company, Inc. | 25-50287 | Saul Ewing LLP |
| 121 | Matheson Tri-Gas, Inc. | 25-50290 | Saul Ewing LLP |
| 122 | Matrix Absence Management, Inc. | 25-50170 | Saul Ewing LLP |
| 123 | McCrone Associates, Inc. | 25-50293 | Saul Ewing LLP |
| 124 | Mettler Toledo Rainin | 25-50171 | Saul Ewing LLP |
| 125 | Microage Technology Services, LLC | 25-50339 | Saul Ewing LLP |
| 126 | Mikart, LLC | 25-50101 | Saul Ewing LLP |
| 127 | Mini Graphics, Inc. | 25-50172 | Saul Ewing LLP |
| 128 | MJS Packaging | 25-50266 | Saul Ewing LLP |
| 129 | Model N, Inc. | 25-50103 | Saul Ewing LLP |
| 130 | Monarch Strategic HR Consulting and Coaching, LLC | 25-50324 | Saul Ewing LLP |
| 131 | Motion Industries, Inc. | 25-50185 | Ciardi, Ciardi & Astin |
| 132 | Moody's Investor Service | 25-50173 | Saul Ewing LLP |
| 133 | MS Packaging & Supply Distribution Corp. | 25-50343 | Saul Ewing LLP |
| 134 | MSDS Online, Inc. | 25-50296 | Saul Ewing LLP |
| 135 | MSI Blue | 25-50174 | Saul Ewing LLP |
| 136 | Multi Packaging Solutions International Limited | 25-50239 | Saul Ewing LLP |
| 137 | Napp Technologies | 25-50104 | Saul Ewing LLP |
| 138 | Navisite LLC | 25-50106 | Saul Ewing LLP |
| 139 | Nipro Pharmapackaging Americas Corp. | 25-50107 | Saul Ewing LLP |
| 140 | North American Corporation of IL | 25-50111 | Saul Ewing LLP |
| 141 | North Shore Gas | 25-50300 | Saul Ewing LLP |
| 142 | NSF Health Sciences LLC | 25-50112 | Saul Ewing LLP |
| 143 | Optima Machinery Corp. | 25-50142 | Saul Ewing LLP |
| 144 | Otis Elevator | 25-50114 | Saul Ewing LLP |
| 145 | Oxford Global Resources, LLC | 25-50303 | Saul Ewing LLP |
| 146 | Package Development Company, Inc. | 25-50143 | Saul Ewing LLP |

| | | | |
|---|---|---|---|
| 147 | Pall Corporation | 25-50149 | Saul Ewing LLP |
| 148 | Patheon Pharma | 25-50152 | Saul Ewing LLP |
| 149 | Pavemaster Asphalt & Sealing, Inc. | 25-50308 | Saul Ewing LLP |
| 150 | PDQ Communications Inc. | 25-50331 | Saul Ewing LLP |
| 151 | Performance Validation, Inc. | 25-50309 | Saul Ewing LLP |
| 152 | Pestalozzi Attorneys at Law, Ltd | 25-50179 | Ciardi, Ciardi & Astin |
| 153 | Pharmaceuticals Returns Service | 25-50157 | Saul Ewing LLP |
| 154 | PharmaPorts LLC | 25-50345 | Saul Ewing LLP |
| 155 | Phenomenex, Inc. | 25-50161 | Saul Ewing LLP |
| 156 | Platinum Press, Inc. | 25-50115 | Saul Ewing LLP |
| 157 | Power Supply of Illinois, Inc. | 25-50310 | Saul Ewing LLP |
| 158 | PPC Flexible Packaging, LLC | 25-50313 | Saul Ewing LLP |
| 159 | PPD Development LP | 25-50164 | Saul Ewing LLP |
| 160 | Premier Group | 25-50314 | Saul Ewing LLP |
| 161 | Premier Healthcare Alliance | 25-50348 | Saul Ewing LLP |
| 162 | Pride Chemical Solutions of N.J., Inc. | 25-50268 | Saul Ewing LLP |
| 163 | Primera Analytical Solutions Corp. | 25-50167 | Saul Ewing LLP |
| 164 | Propharma Group LLC | 25-50169 | Saul Ewing LLP |
| 165 | Provident Life and Accident Ins. Co. | 25-50315 | Saul Ewing LLP |
| 166 | PSE&G and PSEG Long Island LLC | 25-50325 | Saul Ewing LLP |
| 167 | Qualanex, LLC | 25-50188 | Saul Ewing LLP |
| 168 | Quincy Compressor LLC | 25-50311 | Saul Ewing LLP |
| 169 | Randstad US, LLC | 25-50192 | Saul Ewing LLP |
| 170 | Reliance Standard Life Insurance d/b/a Reliance Matrix | 25-50190 | Saul Ewing LLP |
| 171 | Ricky Simms Cleaning Service, LLC | 25-50193 | Saul Ewing LLP |
| 172 | Ricoh IT Services f/k/a MindSHIFT Technologies, Inc. | 25-50195 | Saul Ewing LLP |
| 173 | Rite Hite Arbon Equipment | 25-50312 | Saul Ewing LLP |
| 174 | Robert Half Management Resources | 25-50197 | Saul Ewing LLP |
| 175 | RX Sourcing | 25-50199 | Saul Ewing LLP |
| 176 | S.G.D. SA d/b/a S.G.D. Pharma, Inc., and S.G.D North America, Inc. | 25-50328 | Saul Ewing LLP |
| 177 | SafetyCall International | 25-50316 | Saul Ewing LLP |
| 178 | Sams Club | 25-50186 | Ciardi, Ciardi & Astin |
| 179 | Sannova Analytical, Inc. | 25-50200 | Saul Ewing LLP |
| 180 | Scisafe, Inc. | 25-50201 | Saul Ewing LLP |
| 181 | SGS North America, Inc. | 25-50349 | Saul Ewing LLP |
| 182 | Siegfried USA, Inc. | 25-50204 | Saul Ewing LLP |
| 183 | Sigma Aldrich | 25-50117 | Saul Ewing LLP |
| 184 | Sills Cummis & Gross P.C. | 25-50180 | Ciardi, Ciardi & Astin |
| 185 | Solar Winds | 25-50205 | Saul Ewing LLP |
| 186 | Sonitrol | 25-50317 | Saul Ewing LLP |
| 187 | Sotax Corp | 25-50206 | Saul Ewing LLP |
| 188 | Spacekraft | 25-50358 | Saul Ewing LLP |
| 189 | SPECGX, LLC | 25-50187 | Ciardi, Ciardi & Astin |
| 190 | Spectrum Chemical MFG. Corp. | 25-50318 | Saul Ewing LLP |
| 191 | SST Corporation | 25-50352 | Saul Ewing LLP |
| 192 | Standard & Poors Ratings Services LLC | 25-50203 | Saul Ewing LLP |
| 193 | Sterigenics U.S. LLC, Nelson Laboratories Boseman LLC, and Nelson Labs Fairfield, Inc. Sotera Health Companies | 25-50332 | Saul Ewing LLP |

| | | | |
|---|---|---|---|
| 194 | Steriline North America, Inc. | 25-50119 | Saul Ewing LLP |
| 195 | Steris Isomedix Services, Inc. and Steris Corp. | 25-50329 | Saul Ewing LLP |
| 196 | Stira Pharmaceuticals, LLC | 25-50207 | Saul Ewing LLP |
| 197 | Syneos Health Consulting | 25-50269 | Saul Ewing LLP |
| 198 | Syntegon Technology Services, Inc. | 25-50211 | Saul Ewing LLP |
| 199 | System One Holdings, LLC | 25-50210 | Saul Ewing LLP |
| 200 | Tate & Lyle Solutions | 25-50335 | Ciardi, Ciardi & Astin |
| 201 | Tergus Pharma, LLC | 25-50208 | Saul Ewing LLP |
| 202 | The Training Center Group LLC | 25-50213 | Saul Ewing LLP |
| 203 | Thermo Electron NA | 25-50319 | Saul Ewing LLP |
| 204 | TSO General Corp. | 25-50321 | Saul Ewing LLP |
| 205 | Tucker Company Worldwide, Inc. | 25-50214 | Saul Ewing LLP |
| 206 | UL Verification Services, Inc. | 25-50216 | Saul Ewing LLP |
| 207 | United Cooling & Refrigeration, Inc. | 25-50122 | Saul Ewing LLP |
| 208 | United Parcel Service | 25-50230 | Saul Ewing LLP |
| 209 | United States Pharmacopeial Convention, Inc. | 25-50212 | Saul Ewing LLP |
| 210 | UPS Supply Chain Solutions Inc. | 25-50233 | Saul Ewing LLP |
| 211 | Vaisala, Inc. | 25-50218 | Saul Ewing LLP |
| 212 | Veeva Systems, Inc. | 25-50220 | Saul Ewing LLP |
| 213 | Veolia es Technical Solutions | 25-50222 | Saul Ewing LLP |
| 214 | Veronica Development Associates LLC | 25-50238 | Saul Ewing LLP |
| 215 | Vertex, Inc. | 25-50359 | Saul Ewing LLP |
| 216 | Video Jet Technologies, Inc. | 25-50223 | Saul Ewing LLP |
| 217 | Vizient Supply LLC | 25-50240 | Saul Ewing LLP |
| 218 | VWR International | 25-50217 | Saul Ewing LLP |
| 219 | W.W. Grainger, Inc. | 25-50333 | Saul Ewing LLP |
| 220 | Walgreen Co. and Walgreens Boots Alliance, Inc. | 25-50387 | Saul Ewing LLP |
| 221 | Waters Technologies Corp. | 25-50219 | Saul Ewing LLP |
| 222 | Watson Marlow, Inc. | 25-50202 | Saul Ewing LLP |
| 223 | West Pharma Services | 25-50241 | Saul Ewing LLP |
| 224 | Westrock | 25-50351 | Saul Ewing LLP |
| 225 | Willis Towers Watson US LLC | 25-50191 | Ciardi, Ciardi & Astin |
| 226 | Wilkens-Anderson Company | 25-50224 | Saul Ewing LLP |
| 227 | Willkie Farr and Gallagher LLP | 25-50181 | Ciardi, Ciardi & Astin |
| 228 | Windstream d/b/a Paetec | 25-50123 | Saul Ewing LLP |
| 229 | Winters Bros Hauling | 25-50242 | Saul Ewing LLP |
| 230 | Wissen Digital Inc. | 25-50221 | Saul Ewing LLP |
| 231 | WM Corporate Services, Inc. | 25-50189 | Ciardi, Ciardi & Astin |
| 232 | Woodstock Sterile Sol. | 25-50243 | Saul Ewing LLP |
| 233 | Xellia Pharma | 25-50225 | Saul Ewing LLP |
| 234 | Zatkoff Seals & Packaging | 25-50322 | Saul Ewing LLP |