# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MINI GRAPHICS, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50172 (KBO) |

## NOTICE OF SERVICE

I, Paige N. Topper, hereby certify that on July 11, 2025, a copy of the *Plaintiff's Initial Disclosures* was served via First Class Mail or E-Mail on the parties below:

| **E-Mail**<br>Forchelli Deegan Terrana Law<br>Attn: Gerard R. Luckman<br>333 Earle Ovington Blvd., Suite 1010<br>Uniondale, New York 11553<br>gluckman@forchellilaw.com | **First Class Mail**<br>Forchelli Deegan Terrana LLP<br>Attn: Gerard R. Luckman<br>333 Earle Ovington Blvd., Suite 1010<br>Uniondale, New York 11553 |
|---|---|
| | Mini Graphics Inc.<br>c/o James Delise<br>140 Commerce Dr<br>Hauppauge, New York 11788 |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

52282059.1 07/11/2025

2

                                             **SAUL EWING LLP**

By: */s/ Paige N. Topper*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel to Plaintiff*

Dated: July 11, 2025